UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT DEAN GRIFFIN, JR., <br><br> Plaintiff, <br><br> v. <br><br> RONALD FREDERICK, <br><br> Defendant. | CASE NO. 3:17-cv-06083-RJB-DWC <br><br> REPORT AND RECOMMENDATION <br><br> Noting Date: April 27, 2018 |

The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel.

Plaintiff's case was transferred from the Eastern District of Washington in December of 2017. Dkt. 9. After screening Plaintiff's Complaint, the Court identified several deficiencies and ordered Plaintiff to file an Amended Complaint to remedy those deficiencies. Dkt. 13. Plaintiff filed an Amended Complaint (Dkt. 14), but the Court again identified deficiencies (Dkt. 15). The Court ordered Plaintiff to file an amended pleading on or before March 28, 2018, and warned that failure to do so would result in this Court's recommendation of dismissal. *Id*. Plaintiff failed to file

1 | an Amended Complaint within the time limit and has not otherwise shown cause why the Court
2 | should not dismiss this action.
3 |     Therefore, the Court recommends dismissing Plaintiff's action without prejudice for failure
4 | to follow a court order.
5 |     Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
6 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
7 | 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
8 | review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
9 | imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on April
10 | 27, 2018, as noted in the caption.
11 |
12 |     Dated this 10th day of April, 2018.
13 |
14 |                                                               */s/ David W. Christel*
15 |                                                     David W. Christel
                                                    United States Magistrate Judge

16
17
18
19
20
21
22
23
24